**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| F.F. (MINOR) *et al*, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| PETSMART LLC *et al*, | : | No. 24-6279 |
| Defendants. | : | |
| | : | |

## ORDER

**AND NOW**, this 30th day of March, 2026, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 19), Plaintiffs' Response (Doc. No. 20), Defendants' Reply (Doc. No. 22), and Plaintiff's sur-Reply (Doc. No. 24), and for the reasons explained in the accompanying Memorandum Opinion filed contemporaneously with this Order, it is hereby **ORDERED** as follows:

- Defendants' Motion for Summary Judgment is **DENIED** as to Count I, Count IV, Count VIII, and Count XI. Plaintiff Marguerite Faulckes and Plaintiff F.F. may proceed under 42 U.S.C. § 1981 against PetSmart LLC and Elizabeth Palumbo.

- Defendants' Motion for Summary Judgment is **GRANTED** as to Count II, Count III, Count V, VI, Count VII, Count IX, Count X, Count XII, Count XIII, and Count XIV. Therefore, all claims, except those, mentioned above, under 42 U.S.C. § 1981, are **DISMISSED**.

BY THE COURT:

*s/ Pamela A. Carlos*
PAMELA A. CARLOS
U.S. Magistrate Judge